EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3 0 6 2003

at 2 o'clock and __ min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03-00110 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. 841(a)(1) and 21 U.S.C. 841(b)(1)(B); 18 U.S.C. § 922(g)(3) and 18 U.S.C. § 924(a)(2)] |
| GARY R. KIM SEU, | |
| Defendant. | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about January 30, 2002, in the District of Hawaii, at Pearl City, Hawaii, GARY R. KIM SEU, defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.



SEALED
BY ORDER OF THE COURT

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 2

The Grand Jury further charges that:

On or about February 7, 2002, in the District of Hawaii, at Aeia, Hawaii, GARY R. KIM SEU, defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 3

The Grand Jury further charges that:

On or about February 21, 2002, in the District of Hawaii, at Aeia, Hawaii, GARY R. KIM SEU, defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 4

The Grand Jury further charges that:

On or about March 6, 2002, in the District of Hawaii, at Aiea, Hawaii, GARY R. KIM SEU, defendant herein, did knowingly

and intentionally possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 5

The Grand Jury further charges that:

On or about March 6, 2002, in the District of Hawaii, at Aiea, Hawaii, GARY R. KIM SEU, defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, two firearms, to wit: a Lorcin 380 caliber pistol, bearing serial number 419904, and a Raven Arms .25 caliber pistol, bearing serial number 458974.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Count 6

The Grand Jury further charges that:

On or about March 6, 2002, in the District of Hawaii, at Aeia, Hawaii, GARY R. KIM SEU, defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Count 7

The Grand Jury further charges that:

On or about August 12, 2002, in the District of Hawaii, at Pearl Harbor, Hawaii, GARY R. KIM SEU, defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt .22 caliber pistol, bearing serial number 38894-S.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Count 8

The Grand Jury further charges that:

On or about August 12, 2002, in the District of Hawaii, at Pearl Harbor, Hawaii, GARY R. KIM SEU, defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, ammunition.

//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: March 6, 2003 , at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney

UNITED STATES v. GARY R. KIM SEU
CR. NO.
INDICTMENT